RE:  Court of Appeals No. 03-15-00245-CV
     Trial Court Case No. 269,313-C

STYLE: Robert Thomas Baker
          v. Michelle Whetstone-Baker

Mr. Knowles,

Good morning.  I received a notice that the record listed above is due.  I am writing to you to let you know that I have not been requested by the attorneys to prepare the above stated record nor have payment arrangements been made.

Thank you,
**Carolynn Weber, CSR, RPR**
**P.O. Box 324**
**Belton, Texas 76513**
**(254)933-5269**